```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0046--CR (JWS)
             "USA V MARCO TULIO CARRILLO-ESQUIVEL"
              DEF 1.1 CARRILLO-ESQUIVEL, MARCO TULIO

       Including terminated defendants, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
            Filed:  05/17/05
           Closed:  11/04/05
No. of Defendants:  1
   MJ Case Number:  A05-0077--MJ
              AKA:  BERNARDO GUZMAN, A/K/A MARIO ESTRADA
  Location status:  U.S. Custody
       Trial date:
       Terminated:  YES
Needs interpreter:  YES
Counsel of record:  Kevin F. McCoy
                   Federal Public Defender
                   550 W. 7th Avenue, Suite 1600
                   Anchorage, AK 99501
                   907-646-3400
                   FAX 907-646-3480
                   Serve: YES
                    Type: FPD
                    Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:  Retta-Rae Randall
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 CARRILLO-ESQUIVEL, MARCO TULIO
```

| Document  | Count | Citation and Description      | Disposition       |
|-----------|-------|-------------------------------|-------------------|
| 1 - 1 IND | 1     | 18:1344(2) BANK FRAUD (F)     | Sentenced (25-1)  |
| 1 - 1 IND | 2     | 18:1344(2) BANK FRAUD (F)     | Dismissed (25-1)  |
| 1 - 1 IND | 3     | 18:1344(2) BANK FRAUD (F)     | Dismissed (25-1)  |
| 1 - 1 IND | 4     | 18:1344(2) BANK FRAUD (F)     | Dismissed (25-1)  |
| 1 - 1 IND | 5     | 18:1344(2) BANK FRAUD (F)     | Dismissed (25-1)  |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0046--CR (JWS)
                             "USA V MARCO TULIO CARRILLO-ESQUIVEL"
                          DEF 1.1 CARRILLO-ESQUIVEL, MARCO TULIO

                     Including terminated defendants, excluding terminated counsel


  1 -    1 IND    6     18:1344(2) BANK FRAUD (F)                              Dismissed
                                                                               (25-1)

  1 -    1 IND    7     18:1344(2) BANK FRAUD (F)                              Dismissed
                                                                               (25-1)

  1 -    1 IND    8     18:1344(2) BANK FRAUD (F)                              Dismissed
                                                                               (25-1)

  1 -    1 IND    9     18:1344(2) BANK FRAUD (F)                              Dismissed
                                                                               (25-1)

  1 -    1 IND   10     18:1344(2) BANK FRAUD (F)                              Dismissed
                                                                               (25-1)

  1 -    1 IND   11     18:1344(2) BANK FRAUD (F)                              Dismissed
                                                                               (25-1)

  1 -    1 IND   12     18:1344(2) BANK FRAUD (F)                              Dismissed
                                                                               (25-1)

  1 -    1 IND   13     18:1344(2) BANK FRAUD (F)                              Dismissed
                                                                               (25-1)

  1 -    1 IND   14     18:1344(2) BANK FRAUD (F)                              Dismissed
                                                                               (25-1)

  1 -    1 IND   15     18:1344(2) BANK FRAUD (F)                              Dismissed
                                                                               (25-1)

  1 -    1 IND   16     18:1344(2) BANK FRAUD (F)                              Dismissed
                                                                               (25-1)

  1 -    1 IND   17     18:1344(2) BANK FRAUD (F)                              Dismissed
                                                                               (25-1)

  1 -    1 IND   18     18:1344(2) BANK FRAUD (F)                              Dismissed
                                                                               (25-1)

  1 -    1 IND   19     18:1344(2) BANK FRAUD (F)                              Dismissed
                                                                               (25-1)

  1 -    1 IND   20     18:1344(2) BANK FRAUD (F)                              Dismissed
                                                                               (25-1)

  1 -    1 IND   21     18:1344(2) BANK FRAUD (F)                              Dismissed
                                                                               (25-1)

  1 -    1 IND   22     18:1344(2) BANK FRAUD (F)                              Dismissed
                                                                               (25-1)

  1 -    1 IND   23     18:1344(2) BANK FRAUD (F)                              Dismissed
                                                                               (25-1)
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0046--CR (JWS)
                               "USA V MARCO TULIO CARRILLO-ESQUIVEL"
                               DEF 1.1 CARRILLO-ESQUIVEL, MARCO TULIO

                      Including terminated defendants, excluding terminated counsel


   1 -   1 IND    24         8:1326(a)(2) and (b)(1) UNLAWFUL REENTRY AFTER          Sentenced
                             DEPORTATION (F)                                         (25-1)
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A05-0046--CR (JWS)
"USA V MARCO TULIO CARRILLO-ESQUIVEL"

For all filing dates

Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
           Filed: 05/17/05
          Closed: 11/04/05
No. of Defendants: 1

| Document # | Filed | Docket text |
|---|---|---|
| NOTE - 1 | 05/17/05 | Notation: Proposed trial date setting for arr to USDJ. |
| 1 - 1 | 05/17/05 | [Re: DEF 1] PLF 1 Indictment. |
| 2 - 1 | 05/17/05 | [Re: DEF 1] AHB Grand Jury Minutes re: no bail set; set for arr & notify USM, def in custody. |
| 3 - 1 | 05/17/05 | [Re: DEF 1] Documents 2 - 6 transferred from: A05-077 MJ (JDR) to A05-046 CR (JWS). |
| 4 - 1 | 05/17/05 | [Re: DEF 1] AHB Minute Order setting arr on 5/19/05 @ 10:30 a.m.. cc: USA, FPD, USM, USPO, Judge Sedwick |
| 5 - 1 | 05/19/05 | [Re: DEF 1] AHB Court Minutes [ECR: April Karper] re Arr on Indt (held 5/19/05); Plead not guilty to Ct's 1-24 of the Indt; Def detained; Meet and confer by 5/24/05; Ptm's due 6/2/05; cc: USA, FPD, USM, USPO, Judge Sedwick, MJ Roberts. |
| 6 - 1 | 05/20/05 | [Re: DEF 1] AHB Order regarding preparation for trial. Parties to meet re: discovery by 5/24/05. Pretrial motions due by 6/2/05. cc: AUSA, FPD |
| 7 - 1 | 05/20/05 | [Re: DEF 1] AHB Order of Detention Pending Trial. cc: AUSA, FPD, USM, USPO |
| 8 - 1 | 05/23/05 | [Re: DEF 1] JWS Minute Order setting TBJ on 7/26/05 @ 9:00 a.m. & FPTC on 7/26/05 @ 8:30 a.m.. cc: USA, FPD, USM, USPO, MJ Roberts, JC |
| 9 - 1 | 05/26/05 | DEF 1 Unopposed motion on shortened time to continue pre-trial motions deadline w/att aff. |
| 10 - 1 | 05/27/05 | [Re: DEF 1] JDR Order granting unopposed motion on shortened time to continue pre-trial motions deadline to 6/13/05 (9-1). cc: USA, FPD |
| 11 - 1 | 06/01/05 | [Re: DEF 1] JWS Order appointing Interpreter (Y. Salazar-Hobrough) for trial. cc: USA, FPD, Finance, Y. Salazar-Hobrough w/int pkt, Finance |
| 12 - 1 | 06/02/05 | [Re: DEF 1] PLF 1 Discovery conference certificate. |
| 13 - 1 | 07/18/05 | DEF 1 Notice of Intent to change plea. |
| 13 - 2 | 07/18/05 | DEF 1 motion (request) to vacate trial date. |
| 13 - 3 | 07/18/05 | DEF 1 motion (request) for change of plea hearing on or after July 22, 2005. |
| 14 - 1 | 07/20/05 | [Re: DEF 1] PLF 1 Plea Agreement. |
| 15 - 1 | 07/20/05 | DEF 1 Second Notice of Intent to change plea. |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A05-0046--CR (JWS)
"USA V MARCO TULIO CARRILLO-ESQUIVEL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 16 - 1 | 07/22/05 | [Re: DEF 1] JWS Minute Order PCOP hrg is set for 7/26/05 at 8:30 a.m. in Courtroom #3.  The fptc and tbj set for 7/26/05 are vacated.  cc; AUSA, FPD, USM, USPO, JC |
| 17 - 1 | 07/26/05 | [Re: DEF 1] JWS Court Minutes [ECR: Robin Carter] Re: PCOP hrg (held 7/26/05); def changed pleas to guilty on Cts 1 & 24 of the Indt; IOS set 10/13/05 at 8:30 a.m.; gov to dsms Cts 2-23 at IOS.  cc: USA, FPD, USM, USPO, Judge Roberts, JC |
| 18 - 1 | 09/28/05 | DEF 1 Unopposed motion on shortened time to continue sentencing by 2 weeks w/att aff. |
| 19 - 1 | 09/28/05 | [Re: DEF 1] RRB Order granting motion Unopposed motion on shortened time to continue sentencing by 2 weeks (18-1); 10/13/05 IOS reset to 11/3/05 @ 8:30 a.m.. cc: USA, FPD, USM, USPO |
| 20 - 1 | 10/26/05 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 21 - 1 | 10/28/05 | DEF 1 motion on shortened time to accept late-filed sentencing memorandum w/att aff & prop sentencing memo. |
| 21 - 2 | 10/28/05 | DEF 1 motion (request) to raise objection not presented to the probation service w/att aff. |
| 22 - 1 | 10/28/05 | [Re: DEF 1] JWS Order granting mot on shortened time to accept late-fld sentencing memo (21-1), mot (req) to raise obj not presented to the probation svc (21-2). cc: USA, FPD, USM, USPO |
| 23 - 1 | 10/28/05 | DEF 1 Sentencing Memorandum. |
| 24 - 1 | 11/04/05 | [Re: DEF 1] JWS Court Minutes [ECR: Caroline Edmiston] RE: Imposition of Sentence (held 11/03/05); Defendant plead Guilty to counts 1 & 24 of the Indictment; Counts 2-23 Dismissed; Defendant sentenced as stated in the judgment; Defendant's oral motion to remove paragraph 17 from the presentence report Granted; payment coupon given to defendant.  CC: USA, FPD, USM, USPO. |
| 25 - 1 | 11/04/05 | [Re: DEF 1] JWS Judgment dism cts 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23 of Indt (1-1); pleaded guilty to cts 1, 24 of Indt (1-1); sentenced to 20 mos on each of cts 1 & 24 to be served concur; 60 mos SR on ct 1 & 36 mos on ct 24 w/terms to run concur; $200.00 SA; $22,219.53 restitution. cc: USA, FPD, Def w/cnsls cy, USM, USPO, MJ Roberts, FLU, Finance |